TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Jonathan B. Granoff
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jonathan.Granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Ahmed Maqbul Syed,<br><br>    Defendant. | CR-24-8825-JCH(LCK)<br><br>GOVERNMENT'S OBJECTION TO DEFENDANT'S <u>FOURTH REQUEST</u> FOR RELEASE PENDING TRIAL |

The defendant, through counsel, has filed yet another a motion for reconsideration of release. (Doc. 34.)  The defendant's motion should be denied.  There is no significant change of circumstance that would warrant the defendant's release from custody pending trial. This is defendant's <u>fourth</u> request for release pending trial. As previously indicated, the defendant, a citizen of India, was a high-level member of a sophisticated, organized, transnational fraud ring targeting numerous elderly victims from around the United States. Three different Magistrates in two different Districts have already determined that the defendant should be detained pending trial. The government responded to defendant's previous motion for reconsideration on February 11, 2025. (Doc. 26). The defendant claims there is a significant change in circumstances in his most recent request for release. (Doc. 34). First, he claims that defendant's mother sold his home in India. However, in defendant's previous motion, he claimed that this home was sold by defendant's mom in 2023. (Doc. 23, Exhibit 4). Therefore, this point was previously raised. Further, defendant claims that his son with autism is not doing well because of his father's absence. This point

was also previously raised by the defendant. (Doc. 23).[1] The defendant further references his pending U-visa application. This point was also raised in defendant's previous motion for release. (Doc. 23). Defendant further claims that his mother has now "moved" from India to live with the defendant's family in the United States. (Doc. 34). However, according to travel records, defendant's mother recently flew to the United States on June 4, 2025. Records reflect that she flew out of the country through Istanbul on July 28, 2025. Defendant's mother also entered the United States on a visitor's visa.  Therefore, it is not accurate to claim that the defendant's mother now lives with the family in the United States. Clearly, based on this information, there is not a sufficient change in circumstance that would warrant defendant's release.  Again, defendant is a citizen of India. He could be deported if convicted in this case. Defendant's wife is a citizen of India. Defendant's elder children are citizens of India. Defendant's mother is a citizen of India. According to defendant's wife, she and her children are listed on the U-Visa application filed by the defendant. As stated, in the government's previous pleading, three co-conspirators linked to the conspiracy have already fled the country and are currently fugitives from justice. (Doc. 26 pgs. 4-5). As previously indicated, defendant's co-defendant and conspirator Rupesh Chintakindi fled the country on a flight to Istanbul after obtaining a new Indian passport while on release on bond on State charges. The defendant's latest and fourth request for release should be summarily denied without a hearing.  There are not sufficient material changes in any new facts that would warrant defendant's release pending trial. The defendant presents a serious risk of flight and that there are no reasonable conditions that can assure his presence before the court.  For the reasons stated herein, this court should deny defendant's fourth request for release from custody pending trial.

---

[1] Defendant also claims his 17-year-old son is experiencing emotional problems allegedly because of defendant's absence. This fact, if accurate, is certainly not sufficient to warrant defendant's release from custody.

- 2 -

Respectfully submitted this 3rd day of September 2025.

        TIMOTHY COURCHAINE
        United States Attorney
        District of Arizona


        JONATHAN B. GRANOFF
        Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 3rd day of September 2025 to:

Defendant's Attorney, Lou Spivack